# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Suttatip Vechvitvarakul,
    Plaintiff

-vs-                    Case No. 1:10-cv-114

The Health Alliance of Greater
Cincinnati, et al.,
    Defendants

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that defendants' joint motion for summary judgment is **GRANTED**. Plaintiff's complaint is dismissed with prejudice.


Date: February 13, 2012              James Bonini, Clerk


                                            By: s/Mary C. Brown
                                            Mary C. Brown, Deputy Clerk